UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DEBRA SCOTT,** § § § § § § § § § § § § | Civil Action No. 4:17-cv-00716-A |
| Plaintiff, | |
| v. | |
| **PREMIERE CREDIT OF NORTH AMERICA, LLC,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: November 17, 2017         BY: */s/ Amy L. Bennecoff Ginsburg*
                                 Amy L. Bennecoff Ginsburg, Esquire
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Avenue
                                 Ambler, PA 19002
                                 Phone: (215) 540-8888
                                 Facsimile: (877) 788-2864
                                 Email: abennecoff@creditlaw.com
                                 Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Dean R Brackenridge, Esq.
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, Indiana 46204-4236
Phone: (317) 237-3847
Email: dbrackenridge@fbtlaw.com

Dated: <u>November 17, 2017</u>              BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                                              Amy L. Bennecoff, Esquire
                                              Kimmel & Silverman, P.C.
                                              30 E. Butler Avenue
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Facsimile: (877) 788-2864
                                              Email: abennecoff@creditlaw.com
                                              Attorney for the Plaintiff