IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 20 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| DEBRA SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-716-A |
| | § | |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference with counsel for plaintiff, Debra Scott, and counsel for defendant, Premiere Credit of North America, LLC, on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant be, and are hereby, dismissed with prejudice, with each party to bear costs of court and attorney's fees incurred by that party.

SIGNED November 20, 2017.

_____
JOHN McBRYDE
United States District Judge